UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **LOFTIN & LEBLANC, LLC**<br>*Plaintiff,*<br><br>V.<br><br>**AMGUARD INSURANCE COMPANY**<br>*Defendant.* | § § § § § § § § | **CIVIL CASE NO. 2:22-CV-02883-JDC-KK**<br><br>**JUDGE JAMES CAIN**<br><br>**MAGISTRATE JUDGE KAY** |

**PRETRIAL STATEMENT**

Counsel for <u>Defendant AmGUARD Insurance Company</u> ("AmGUARD") submits the following Pretrial Statement to the Court and opposing Counsel.

1. <u>Jurisdiction</u> (cite statutory basis):

   Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332, as this is a controversy between citizens of different states and according to Plaintiff's Original Complain, the amount in controversy exceeds $75,000, exclusive of interest and costs.

2. <u>Pending Motions</u>:

   Motion to Continue Trial

3. <u>Brief Summary of Case</u>:

   The loss arises out of the landfall of Hurricane Laura on August 27, 2020, in Lake Charles, Louisiana. The insured property is located at 113 Doctor Michael Debakey Dr. in Lake Charles and is used by Loftin, Cain & LeBlanc as a law office.

4. <u>Issues of Fact</u>:

   Whether the Plaintiff sustained a business income loss, and if so, the amount of that loss.

   The date upon which Defendant had satisfactory proof of loss for payment on business personal property

   The date upon which Defendant had satisfactory proof of loss for payment on business interruption and extra expense.

   Whether Defendant paid Plaintiff within 30 days of a satisfactory proof of loss for business personal property.

    Whether Defendant paid Plaintiff within 30 days of a satisfactory proof of loss for business interruption and extra expense.

    Whether Defendant acted arbitrary and/or capricious and/or in bad faith.

5.     <u>Issues of Law</u>:

    None

6.     <u>Lists of Witnesses</u>:  Please list all witnesses, except for impeachment witnesses; "will call" witnesses must be identified with particularity.  Include names, telephone numbers, addresses, and email addresses, if available.

    Corporate representative of Loftin & LeBlanc, LLC
    Susie Stewart, bookkeeper for Loftin & LeBlanc, LLC
    Kay Shelton, forensic accountant for AmGUARD
    Corporate Representative of AmGUARD Insurance Company
    Mark Richardson, Independent Adjuster assigned to claim

7.     <u>Exhibits</u>:  All exhibits should be made available to opposing counsel as soon as possible.  All objections to authenticity or admissibility must be made 14 days prior to trial.

    Businessowners Policy of Insurance issued by AmGUARD to Plaintiff
    Payments made by Defendant to Plaintiff
    Communication between Plaintiff, Plaintiff's Public Adjuster, AmGUARD, and/or Mark Richardson
    Photographs of Damage
    All documents produced by either party during the litigation – Streamlined Settlement Process or during discovery
    Demonstrative Evidence
    Original Petition and Responsive Pleadings
    Business Personal Property Inventory prepared by Plaintiff and/or Plaintiff's representatives
    Copier Cost of Repair and/or cost of replacement
    Copier Contracts
    All Reports of Mark Richardson
    Acknowledgement of claim
    Assignment of claim to independent adjuster
    Communication between TD Davidson, Plaintiff, Plaintiff's representatives, and AmGUARD

8. <u>Depositions</u>:  List all depositions which may be offered in whole or in part.  If in part, specify the part which will be offered by page and line numbers.  Opposing counsel shall make any objections 14 days prior to trial.

    None, other than impeachment.

9. <u>Stipulations</u>:  State or attach any stipulations already agreed upon by counsel.

    Please see attached.

10. <u>Estimated Length of Trial</u>:  4 days.

11. <u>Other Matters that Should be Made Known to the Court</u>:

| 9/5/2023 | /s/ Mark Kressenberg |
|---|---|
| (Date) | (Signature) |
|  | Mark Kressenberg |
|  | (Printed Name) |

| 9/5/2023 | /s/ Mary-Ellen King |
|---|---|
| (Date) | (Signature) |
|  | Mary-Ellen King |
|  | (Printed Name) |

**EACH PARTY IS REQUIRED TO TIMELY FILE A PRETRIAL STATEMENT.
THE COURT MAY SANCTION ANY PARTY THAT FAILS TO COMPLY.**

**IN THE UNITED STATE DISTRICT COURT OF
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| LOFTIN & LEBLANC, LLC | § | |
| *Plaintiff,* | § | CIVIL CASE NO. 2:22-CV-02883-JDC-KK |
| | § | |
| V. | § | JUDGE JAMES CAIN |
| | § | |
| AMGUARD INSURANCE COMPANY | § | MAGISTRATE JUDGE KAY |
| *Defendant.* | § | |

**JOINT STIPULATION OF FACTS**

1. AmGUARD issued a Business Owners Policy of insurance (the "Policy") to Loftin, Cain & LeBlanc, LLC (now Loftin & LeBlanc, LLC) for a business located at 113 Doctor Michael Debakey Drive, Lake Charles, Louisiana.

2. The policy number assigned to the Policy was LOBP141185, and the policy period was July 10, 2020 to July 10, 2021.

3. On or about August 27, 2020, Hurricane Laura made landfall and Loftin & LeBlanc, LLC suffered a loss insured under the Policy.

4. A claim was reported to AmGUARD on or about August 29, 2020.

5. Loftin & LeBlanc, LLC filed suit in the United State District Court for the Western District of Louisiana, Lake Charles Division, on or about August 18, 2022 (the "Lawsuit").

6. The Original Complaint asserts a Breach of Contract cause of action for "full amounts of business personal property and loss of business income benefits insured under" the Policy.

7. The Parties stipulate that the only remaining contract damages at issue in the Lawsuit are damages for loss of business income.

8. The Parties further stipulate that nothing contained herein is intended to waive, release or relinquish any claims, contractual or otherwise, by Loftin & LeBlanc, LLC, for penalties,

interest, attorneys' fees or court costs arising out of, related to or in connection with nonpayment or untimely payment of any amounts insured under the Policy.

Respectfully Submitted,

**THOMPSON, COE, COUSINS & IRONS, LLP**
*/s/ Mary-Ellen King*
**MARY-ELLEN KING (#30805)**
2801 Via Fortuna, Suite 300
Austin, Texas 78746
Telephone: (512) 827-2035
Fax: (512) 708-8777
MKing@thompsoncoe.com
**MARNE A. JONES (#32522)**
601 Poydras Street, Suite 1850
New Orleans, Louisiana 70130
Telephone: (504) 526-4320
Fax: (504) 526-4310
MAJones@thompsoncoe.com
**ATTORNEYS FOR DEFENDANT
AMGUARD INSURANCE COMPANY**

**COX, COX, FILO, CAMEL & WILSON, LLC**
*/s/ Michael K. Cox (with permission)*
**MICHAEL K. COX (#22026)**
**SOMER G. BROWN (#31462)**
723 Broad Street
Lake Charles, LA 7061
Telephone: (337) 436-6611
Fax: (337) 436-9541
mike@coxatty.com
somer@coxatty.com
**ATTORNEYS FOR PLAINTIFF
LOFTIN & LEBLANC, LLC**

2

## CERTIFICATE OF SERVICE

      I hereby certify on June 13, 2023 that to the best of my knowledge all counsel of record consent to and participate in receiving electronic notification from the CM/ECF system, and that the Clerk of the Court for the Eastern District of Louisiana, using the CM/ECF system, will electronically send notification of the filing of this pleading to all counsel of record.

**MICHAEL K. COX (#22026)**
**SOMER G. BROWN (#31462)**
723 Broad Street
Lake Charles, LA 7061
Telephone: (337) 436-6611
Fax: (337) 436-9541
mike@coxatty.com
somer@coxatty.com
**ATTORNEY FOR PLAINTIFF**
**LOFTIN & LEBLANC, LLC**

                                            */s/ Mary-Ellen King*
                                            Mary-Ellen King