UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **LOFTIN & LEBLANC LLC** | **CIVIL ACTION NO. 22-2883** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **AMGUARD INSURANCE CO** | **MAGISTRATE JUDGE KAY** |

## ORDER

The undersigned hereby recuses himself from this matter, and **ORDERS** that the case be transferred to the Chief Judge for reassignment.

**THUS DONE AND SIGNED** in Chambers this 27th day of October, 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE