# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOFTIN & LEBLANC LLC** | **CIVIL ACTION** |
| **VERSUS** | |
| **AMGUARD INSURANCE CO** | **NO. 22-02883-BAJ-RLB** |

## SUPPLEMENTAL SCHEDULING ORDER

As discussed at the April 16, 2024 Pretrial Conference,

**IT IS ORDERED** that the Court's February 21, 2024 Scheduling Order (Doc. 48) be and is hereby **SUPPLEMENTED** as follows:

1. **Due Immediately**: Counsel shall contact Tina Stewart, the Lake Charles Division's Deputy-In-Charge, to schedule a practice run of the courtroom's audio and visual technology. Ms. Stewart can be reached at (337) 214-6703 and/or Tina_Stewart@lawd.uscourts.gov.

2. **Due by April 17, 2024**: In preparation for the Daubert Hearing to be held in the afternoon of the first day of trial, counsel shall submit expert reports, CVs, and any other information related to the qualifications of the parties' experts.

3. **Due by April 19, 2024**: Counsel shall meet and confer regarding any joint exhibits, which shall be included in the amended pretrial order, discussed below.

4. **Due by April 22, 2024**: Plaintiff shall submit its response, if any, limited to 8 pages including the signature line, to Defendant's trial brief on the relevance of the PPP loans (Doc. 62).

5. **Due by April 24, 2024**: Amended pretrial order, revised exhibit list, witness list, notice to Court of any disputes over demonstrative aids for opening statements, and any stipulations.

    - Additionally, Ms. Stewart has notified the undersigned Judge that the Western District of Louisiana does not use JERS for uploading exhibits, a system which is used in the Middle District and other courts. As such, by **April 24, 2024**, Counsel shall submit physical thumb drives to Ms. Stewart with all exhibits uploaded. Exhibits with personal identifying information shall be submitted in redacted and unredacted form. Counsel shall confer to decide which party will submit any joint exhibits, which shall also be delivered on thumb drives to Ms. Stewart by April 24.

6. Counsel to report to the visiting judge chambers in the Lake Charles Courthouse by 8:30 A.M. on the first day of trial.

Baton Rouge, Louisiana, this 17th day of April, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA